01

02

03

04

05

06                      UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08   UNITED STATES OF AMERICA,          )
                                        )   CASE NO.  CR09-182-RAJ
09              Plaintiff,              )
                                        )
10        v.                            )   SUMMARY REPORT OF U.S.
                                        )   MAGISTRATE JUDGE AS TO
11   JEREMIAH C. BINGHAM,               )   ALLEGED VIOLATIONS
                                        )   OF PROBATION
12              Defendant.              )
     _____ )
13

14        A hearing on probation revocation in this case was scheduled before me on May 14, 2010.

15   The United States was represented by AUSA Jeffrey Backhus and the defendant by Thomas

16   Hillier.   The proceedings were digitally recorded.

17        Defendant had been sentenced on or about February 23, 2009 in the District of South

18   Dakota by the Honorable Charles B. Kornmann on a charge of Failure to Pay legal Child Support

19   Obligations, and sentenced to 5 years probation. (Dkt. 3 at 5.) Jurisdiction of the case was

20   transferred to this District on June 5, 2009. (Dkt. 3 at 2.)

21        The conditions of probation included the standard conditions plus the requirements that

22   defendant pay restitution, provide the probation office with financial information as requested,

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF PROBATION
PAGE -1

01 pay court-ordered financial obligations as specified,  be prohibited from incurring any new

02 obligations or opening any new lines of credit without approval, submit to search, submit a DNA

03 sample, participate in a substance abuse program, comply with mental health treatment, reside

04 in a residential reentry center if directed.

05    In an application dated February 10, 2010 (Dkt. 4, 5), U.S. Probation Officer Mark J.

06 Chance alleged the following violations of the conditions of probation:

07    1.    Failing to pay $200 monthly toward restitution, in violation of a special condition

08 of probation.

09    2.    Failing to notify the probation officer at least ten days prior to changing residence,

10 in violation of standard condition No. 6.

11    3.    Committing the crimes of Assault and Felony Harassment on or before January

12 23, 2010, in violation of the general condition that he not commit another federal, state or local

13 crime.

14    4.    Failing to cooperate in the collection of DNA, in violation of a general condition

15 of probation.

16    Defendant was advised in full as to those charges and as to his constitutional rights.

17    Defendant admitted alleged violations 1 and 3 and waived any evidentiary hearing as to

18 whether they occurred. He agreed to submit a DNA sample as set forth in violation 4.  The

19 government moved to dismiss violation 3.

20    I therefore recommend the Court find defendant violated his probation as alleged in

21 violations 1 and 2,  and that the Court conduct a hearing limited to the issue of disposition.  I

22 recommend the Court dismiss violation 3. The next hearing will be set before Judge Jones.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF PROBATION
PAGE -2

01       Pending a final determination by the Court, defendant has been detained.

02       DATED this <u>14th</u> day of May, 2010.

03

04

Mary Alice Theiler

05       United States Magistrate Judge

06

07

08  cc:    District Judge:      Honorable Richard A. Jones
        AUSA:           Jeffrey Backhus

09        Defendant's attorney:  Thomas Hillier
        Probation officer:    Mark J. Chance

10

11

12

13

14

15

16

17

18

19

20

21

22

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF PROBATION
PAGE -3